DATe: April -2004

## Authorization

I am acting as next frind for my brother whose name is Abdualqader Hossin Ali Al-Mothafri And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo, Najeeb Bin Mohammed AL-nauimi and clive Stafford Smith (of gustice in Exile), Michael ratner and the Canter for Constitutional Righs, and any person assigned by these Lawyers, to ect on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whetever redrass they believe to be in his best interests, in the courts of the united States, and in any other legal forum available.

Name: Saleh Hossin Ali Almothafri

Witnessed: Hossin Ali AL-Mothafri

print Name: Saleh Hossin Ali AL-Mothafri