IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUALQADER HOSSIN ALI AL-MOTHAFRI,<br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 1:05CV02200 |

## PROPOSED ORDER

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days Advance Notice of Any Intended Removal of Petitioner from Guantánamo,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondents shall not remove Petitioner from Guantánamo to a foreign territory without providing counsel and the Court 30-days advance notice.

Dated: _____

_____
United States District Judge