IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUALQADER HOSSIN ALI AL-MOTHAFRI, *et al.* ) <br><br> *Petitioners*, ) <br><br> v. ) <br><br> GEORGE W. BUSH, *et al.*, ) <br><br> *Respondents*. ) | Civil Action No. 05-2200 (JDB) |

## PROPOSED ORDER

The Court, having considered Petitioner's Motion for an Extension of Time to File a Reply to Respondents' Opposition to Petitioner's Motion for Order Requiring Respondents to Provide 30 Days' Notice and to Hold Petitioner's Motion for Order Requiring Respondents to Provide 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo in Abeyance,

IT IS HEREBY ORDERED that the Motion is granted.

Dated: _____

_____
United States District Judge