IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HASSAN BIN ATTASH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1592 (RCL) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDUL RAHEEM GHULAM   RABBANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1607 (RMU) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MOHAMMAD AKHTIAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1635 (PLF) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>  President of the United States, *et al.*, <br><br>  Respondents. | Civil Action No. 05-CV-1641 (CKK) |
| HUSSAIN SALEM MOHAMMED ALMERFEDI, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>  President of the United States, *et al.*, <br><br>  Respondents. | Civil Action No. 05-CV-1645 (PLF) |
| WALEED SAEED BN SAEED ZAID, *et al.*, <br><br>  Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>  President of the United States, *et al.*, <br><br>  Respondents. | Civil Action No. 05-CV-1646 (JDB) |

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, *et al.*, </br></br> Petitioners, </br></br> v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br> Respondents. | </br></br></br></br></br> Civil Action No. 05-CV-1666 (ESH) |
| ABDALHADI M. AL-SOPAI, *et al.*, </br></br> Petitioners, </br></br> v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br> Respondents. | </br></br></br></br></br> Civil Action No. 05-CV-1667 (RBW) |
| RASHID AWADH RASHID AL-UWAIDAH, *et al.*, </br></br> Petitioners, </br></br> v. </br></br> GEORGE W. BUSH, </br>   President of the United States, *et al.*, </br></br> Respondents. | </br></br></br></br></br> Civil Action No. 05-CV-1668 (GK) |

| | |
|---|---|
| FAHAD SALEH ALGATELE, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1669 (TFH) |
| YOUSIF ABDULLAH AL-RUBAISH, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1714 (RWR) |
| AYOUB HAJI MAMET, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1886 (EGS) |

| | | |
|---|---|---|
| FAWAZ NAMAN HAMOUD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1894 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| MOHAMMED AL-QAHTANI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1971 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| KHALED ABD ELGABAR MOHAMMED OTHMAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2088 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ABDU AL-QADER HUSSAIN<br>    AL-MUDAFARI, *et al.*, | ) <br> ) <br> ) <br> ) | |
| Petitioners, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 05-CV-2185 (JR) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) <br> ) <br> ) <br> ) <br> ) | |
| Respondents. | ) <br> ) | |
| HAYAL AZIZ AHMED<br>    AL-MITHALI, *et al.*, | ) <br> ) <br> ) <br> ) | |
| Petitioners, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 05-CV-2186 (ESH) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) <br> ) <br> ) <br> ) <br> ) | |
| Respondents. | ) <br> ) | |
| MOHAMMED AHMED ALI<br>    AL-ASADI, *et al.*, | ) <br> ) <br> ) <br> ) | |
| Petitioners, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 05-CV-2197 (HHK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) <br> ) <br> ) <br> ) <br> ) | |
| Respondents. | ) <br> ) | |

| | | |
|---|---|---|
| ABD AL HAKIM GHALIB<br>    AHMAD ALHAG, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2199 (HHK) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDULAQADER HOSSIN ALI<br>    AL-MOTHAFRI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2200 (JDB) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMED BIN JAIED BIN<br>    ALADI AL MOHADDED<br>    AL SUBAIE, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2216 (RCL) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SALEH ZAID AL KHATEMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2248 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2249 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

- 8 -

| | |
|---|---|
| FAHAD NASSER MOHAMMED AL SULTAN ALGAHTANI, *et al.*,<br><br>  Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>  Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-CV-2265 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: December 9, 2005         Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents