IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUALQADER HOSSIN ALI AL-MOTHAFRI, *et al*<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-2200 (JDB) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that effective December 20, 2005, Petitioner Abdualqader Hossin Ali Al-Mothafri through his Next Friend Saleh Hossin Ali Al-Mothafi, hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice on the grounds that another earlier petition for Writ of Habeas Corpus was lodged with this Court on behalf of Petitioner Abdualqader Hossin Ali Al-Mothafri.

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) such dismissal is accomplished without prejudice to Petitioner Al-Mothafri's pending action of the same caption.

DSMDB.2021352.1

Dated:   December 20, 2005            Respectfully submitted,

Counsel for Petitioner:

/s/ Reginald B. McKnight

Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
David L. Gunn (DC488761)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olashansky (NY0057)
Director Counsel
Tine Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

DSMDB.2021352.1

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: December 20, 2005            /s/ Reginald B. McKnight_____

Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
David L. Gunn (DC488761)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street N.W.
Washington, D.C. 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

DSMDB.2021352.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via electronic filing this 20th day of December 2005, to the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein**<br>U.S. ATTORNEY<br>COLUMBIA DISTRICT<br>Judiciary Center<br>555 4th Street, NW<br>Tenth Street & Constitution Ave., NW<br>Washington, D.C.  20530<br>**[By Hand Delivery]** | **Alberto R. Gonzales**<br>ATTORNEY GENERAL OF THE DISTRICT OF UNITED STATES<br>U.S. Department of Justice<br>Robert F. Kennedy Building NW<br>Room 5111<br>Washington, DC 20530<br>**[By Hand Delivery]** |
| **George W. Bush**<br>PRESIDENT, UNITED STATES OF AMERICA<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C.  20301-1000 | **Donald Rumsfeld**<br>SECRETARY, U.S. DEP'T. OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C.  20301-1000 |
| **Army Brig. Gen. J. Hood**<br>COMMANDER, JOINT TASK FORCE-GTMO<br>JTF-GTMO<br>APO AE 09360 | **Brig. Gen. Hood**<br>UNITED STATES ARMY<br>Army Pentagon<br>Washington, D.C.  20310-0200 |
| **Army Col. Bumgarner**<br>COMMANDER, JDOG<br>JTF-GTMO<br>APO AE 09360 | **Army Col. Bumgarner**<br>UNITED STATES ARMY<br>Army - Pentagon<br>Washington, D.C.  20310-0200 |
| **Terry Henry**<br>Senior Trial Attorney<br>Federal Programs Branch<br>Civil Division—Room 7144<br>Dept of Justice<br>20 Mass Avenue, NW<br>Washington DC 20530<br>*Via electronic mail to:*<br>*terry.henry@usdoj.gov* | **Andrew Wilson**<br>Trial Attorney<br>Civil Div<br>Federal Programs Branch<br>20 Mass Avenue, NW<br>Washington, DC 20530<br>*Via electronic mail to:*<br>*Andrew.warden@usdoj.gov* |

On this the 20th day of December, 2005.

/s/ Reginald B. McKnight

DSMDB.2021352.1