IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUALQADER HOSSIN ALI AL-MOTHAFRI,** *et al* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH,** *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-2200 (JDB) |

### AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that effective December 20, 2005, Petitioner Abdualqader Hossin Ali Al-Mothafri through his Next Friend Saleh Hossin Ali Al-Mothafi, hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice on the grounds that a separate earlier petition for Writ of Habeas Corpus ("Earlier Action") was lodged with this Court on behalf of Petitioner Abdualqader Hossin Ali Al-Mothafri. See Al-Mudafari v. Bush, 05-CV-2185 (JR) (D.D.C. Nov. 7, 2005) (attached as Exhibit A)

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) such dismissal is without prejudice to the Earlier Action.

Dated:   December 20, 2005     Respectfully submitted,

Counsel for Petitioner:

/s/ Reginald B. McKnight

Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
David L. Gunn (DC488761)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olashansky (NY0057)
Director Counsel
Tine Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated:     December 20, 2005          /s/ Reginald B. McKnight_____

Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
David L. Gunn (DC488761)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street N.W.
Washington, D.C. 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via electronic filing this 20th day of December 2005, to the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
COLUMBIA DISTRICT
Judiciary Center
555 4th Street, NW
Tenth Street & Constitution Ave., NW
Washington, D.C. 20530
**[By Hand Delivery]**

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE DISTRICT OF UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building NW
Room 5111
Washington, DC 20530
**[By Hand Delivery]**

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

**Terry Henry**
Senior Trial Attorney
Federal Programs Branch
Civil Division—Room 7144
Dept of Justice
20 Mass Avenue, NW
Washington DC 20530
*Via electronic mail to:*
*terry.henry@usdoj.gov*

**Andrew Wilson**
Trial Attorney
Civil Div
Federal Programs Branch
20 Mass Avenue, NW
Washington, DC 20530
*Via electronic mail to:*
*Andrew.warden@usdoj.gov*

On this the 20th day of December, 2005.

/s/ Reginald B. McKnight